# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 20-CR-149

HERLIN HERNANDEZ-TRINIDAD,

        Defendant.

## ORDER

The court appointed Attorney Russell Jones to represent Herlin Hernandez-Trinidad in this matter. Attorney Jones has filed a motion to withdraw. As the basis for his motion he says that Hernandez-Trinidad is Spanish speaking and "[t]his language barrier creates too much of a burden to counsel and impedes the Defendant's case." (ECF No. 24.)

Indigent defendants in this district often do not speak English. Yet only a handful of the attorneys on the court's Criminal Justice Act panel speak any language other than English. Consequently, attorneys who accept appointments under the Criminal Justice Act are routinely expected to represent clients with the aid of interpreters. Attorney Jones is the second attorney appointed to represent Hernandez-Trinidad. Prior counsel

likewise did not speak Spanish, but the basis for his withdrawal was unrelated to the fact that he did not speak Spanish.

If Attorney Jones were allowed to withdraw, it is likely that anyone appointed in his place also would not speak Spanish. Thus, the court is not presented with any reason to conclude that Attorney Jones is uniquely unqualified to communicate with Hernandez-Trinidad through interpreters. Therefore, the court does not find good cause to grant the motion to withdraw.

**IT IS THEREFORE ORDERED** that Attorney Jones's motion to withdraw (ECF No. 24) is **denied**.

Dated at Milwaukee, Wisconsin this 9th day of November, 2021.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge

2

Case 2:20-cr-00149-PP   Filed 11/09/21   Page 2 of 2   Document 25